UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| JABBAR FAZELI, MD & MAINE GERIATRICS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>NORTHBRIDGE STROUDWATER LODGE II, LLC; NORTHBRIDGE STROUDWATER ASSISTED LIVING, LLC d/b/a STROUDWATER LODGE; NORTHBRIDGE AVITA STROUDWATER II, LLC; AVITA STROUDWATER LLC d/b/a AVITA OF STROUDWATER; NORTHBRIDGE AVITA WELLS II, LLC; AVITA WELLS, LLC d/b/a AVITA OF WELLS; NORTHBRIDGE COMPANIES; KATRIN FEICK, & ORLENE DEMATTEO,<br><br>       Defendants. | Docket No. 2:20-cv-00350-JDL |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants Northbridge Stroudwater Lodge II, LLC; Northbridge Stroudwater Assisted Living, LLC, Northbridge Avita Stroudwater II, LLC, Avita Stroudwater LLC, Northbridge Avita Wells II, LLC, Avita Wells, LLC, Northbridge Companies, Katrin Feick, and Orlene DeMatteo (together, "Defendants"), by their attorneys JACKSON LEWIS P.C., move to dismiss the Complaint filed against them by Plaintiffs Jabbar Fazeli and Maine Geriatrics, LLC ("Plaintiffs"). In support of this motion, Defendants state as follows:

    1.       Plaintiffs filed their Complaint with this Court on or around September 28, 2020.

    2.       In their complaint, Plaintiffs bring claims for I) violation of 42 U.S.C. § 1981; II) violation of the Maine Whistleblowers Protection Act; III) Defamation; and IV) Tortious Interference.

3.  As set forth in greater detail in the Memorandum of Law filed herewith, the claims against Defendants must be dismissed for failure to state a claim upon which relief may be granted.

4.  Due to the dispositive nature of this Motion, the concurrence of Plaintiffs' counsel was not sought.

WHEREFORE, Defendants respectfully requests that this Court:

A.  Dismiss the Plaintiffs' Complaint;

B.  Grant them their attorney's fees and costs; and

C.  Grant any other and further relief that justice requires.

Respectfully Submitted,

NORTHBRIDGE STROUDWATER LODGE II, LLC; NORTHBRIDGE STROUDWATER ASSISTED LIVING, LLC D/B/A STROUDWATER LODGE; NORTHBRIDGE AVITA STROUDWATER II, LLC; AVITA STROUDWATER LLC D/B/A AVITA OF STROUDWATER; NORTHBRIDGE AVITA WELLS II, LLC; AVITA WELLS, LLC D/B/A AVITA OF WELLS; NORTHBRIDGE COMPANIES; KATRIN FEICK, & ORLENE DEMATTEO,

By their attorneys,
JACKSON LEWIS P.C.,

Date:  November 6, 2020.        By:    /s/K. Joshua Scott
                                        K. Joshua Scott, ME Bar No. 005282
                                        100 International Drive, Suite 363
                                        Portsmouth, NH 03801
                                        603.559.2700 | Main
                                        Joshua.scott@jacksonlewis.com

Certificate of Service

    I hereby certify that on this 6th day of November, 2020, copies of this pleading were provided opposing counsel of record via the Court's electronic filing system.

Date:  November 6, 2020           /s/K. Joshua Scott
                                              K. Joshua Scott

4818-7124-2448, v. 2